BUSINESS SERVE

06CV00507
LABOR/ERISA

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE |
|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE Monday, 4/10/06 at 11:20 A.M. |
| NAME OF SERVER (PRINT) James D. Binsted | TITLE Private Process Server |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 8840 Brookville Rd. Silver Spring Md. 20910 on Frederick L. Deuzel, Sr.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL —0— | SERVICES # 75.00 | TOTAL # 75.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  4/10/06    [Signature]
              Date         Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160
*Address of Server*

Attachments: also served
(1) Initial Electronic Case Filing Order & Registration Form.
(2) Consent to Proceed before a U.S. Magistrate Judge for all purposes.
(3) Original Collective Actions & Class Action Complaint with Jury Demand and Plaintiff's Certificate of Interested Persons.
(4) Blank Civil Cover Sheet (2 pages) for Defendants
(5) Plaintiff's Civil Cover Sheet (filled out).

JBinsted

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.