BUSINESS SERVE

06CV00507
LABOR/ERISA

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE: Monday, 4/10/06 at 11:20 A.M. |
| NAME OF SERVER (PRINT): James D. Binsted | TITLE: Private Process Server |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 8840 Brookville Rd. Silver Spring Md. 20910 on Frederick L. Wenzel, Sr.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| —0— | $75.00 | $75.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/10/06

Signature of Server

J. BINSTED ASSOC.
1123 GRANDIN AVE.
ROCKVILLE, MD 20851-1337
(301) 251-1160

*Address of Server*

Attachments: also served
① Initial Electronic Case Filing Order & Registration Form.
② Consent to Proceed before a U.S. Magistrate Judge for all purposes.
③ Original Collective Actions & Class Action Complaint with Jury Demand and Plaintiff's Certificate of Interested Persons.
④ Blank Civil Cover Sheet (2 pages) for Defendant
⑤ Plaintiff's Civil Cover Sheet (filled out).

J Binsted

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## District of Columbia

RODERICK GARDNER, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED

**SUMMONS IN A CIVIL CASE**

V.

WITHOUT EQUAL BUILDING SERVICES;
FREDERICK L. WENZEL, SR.

CASE NUMBER   1:06CV00507

JUDGE: James Robertson

DECK TYPE: Labor/ERISA (non-employme

DATE STAMP: 03/17/2006

TO: (Name and address of Defendant)

WITHOUT EQUAL BUILDING SERVICES
via its agent, owner and operator:
FREDERICK L. WENZEL, SR.,
8840 Brookville Road
Silver Spring, Maryland 20910

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Steven A. Luxton
EDWARDS BURNS & KRIDER LLP
201 North Charles Street, Suite 1402
Baltimore, Maryland 21201
410.454.0012
410.454.0146 (facsimile)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON         MAR 17 2006
CLERK                                                        DATE

_/s/ Maureen Higgins_
(By) DEPUTY CLERK