UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**RODERICK GARDNER** §
§
INDIVIDUALLY AND ON BEHALF OF ALL OTHERS §
SIMILARLY SITUATED, § Civil Action No. 06-CV-0507-JR
§
*Plaintiff*, §
§
v. §
§ **JURY TRIAL DEMANDED**
**WITHOUT EQUAL BUILDING SERVICES** §
**& FREDERICK L. WENZL, SR.,** §
§
*Defendants.* §

## AFFIDAVIT OF DEFAULT

STATE OF TEXAS §
§
COUNTY OF HARRIS §

Before me, the undersigned notary, on this day personally appeared Patrick K.A. Elkins, who, being by me duly sworn on oath deposed and said as follows:

1. "My name is Patrick K.A. Elkins. I regularly represent clients in Fair Labor Standards Act suits. As such, I know the reasonable number of hours incurred by plaintiff's counsel during a Fair Labor Standards Act suit.

2. "During the representation of the Plaintiff in the above-styled cause, my firm kept meticulous track of the hours worked. These hours as described below are reasonable within the context of a Fair Labor Standards Act suit.

3. "Numerous courts in this District have approved attorneys' fees based upon the *Laffey* matrix. *See Salazar v. Dist. of Columbia*, 123 F. Supp. 2d 8, 13 (D.D.C. 2000), *Sexcius v. Dist. of Columbia*, 839 F. Supp. 919, 924 (D.D.C. 1993); *Trout v. Ball*, 705 F. Supp. 705, 709, n.10 (D.D.C. 1989); *Palmer v. Barry*, 704 F. Supp. 296, 298



(D.D.C. 1989). I have calculated Plaintiff's attorneys fees based upon the updated version of this matrix applicable to the work performed in this case.

4. "Plaintiff filed suit against the Defendants on March 17, 2006. In the course of this case, two attorneys and three paralegals have performed work in this case. I have recently started my third year after law school. Thus, under this matrix the work I performed in this case was billed at $249 per hour. Sandra Krider, who is in her ninth year out of law school, billed at $441 per hour in this case. The three paralegals billed at $136 per hour in this case.

5. "I performed 17.3 hours of work on this case. Sandra Krider performed 0.6 hours of work on this case. The three paralegals performed 8.1 hours on this case.

6. "Thus, the total amount of reasonable attorneys' fees accumulated in this case to date is $5673.90."

FURTHER AFFIANT SAYETH NOT.

*/s/ Patrick Elkins*
PATRICK K.A. ELKINS

SUBSCRIBED AND SWORN TO BEFORE ME on this 21st day of August, 2006.

*/s/ Macaria Mendez*
NOTARY PUBLIC IN AND FOR THE
STATE OF TEXAS



MACARIA MENDEZ
Notary Public, State of Texas
My Commission Expires
October 29, 2008