Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RODERICK GARDNER**

        Plaintiff(s)

V.

Civil Action No. 06-cv-00507-JR

WITHOUT EQUAL BUILDING SERVICES

FREDERICK L. WENZEL, SR.

        Defendant(s)

RE:  FREDERICK L. WENZEL, SR.

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/10/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 13th day of July, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By:     L. Chipley
      Deputy Clerk

EXHIBIT B