Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**RODERICK GARDNER**

_____
Plaintiff(s)

v.

Civil Action No. 06-cv-00507-JR

**WITHOUT EQUAL BUILDING SERVICES**
**FREDERICK L. WENZEL, SR.**

_____
Defendant(s)

RE: WITHOUT EQUAL BUILDING SERVICES

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on 4/10/2006, and an affidavit on behalf of the plaintiff having been filed, it is this 17th day of July, 2006 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____L. Chipley_____
Deputy Clerk

**EXHIBIT C**