UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **RODERICK GARDNER** | § | |
| | § | |
| INDIVIDUALLY AND ON BEHALF OF ALL OTHERS | § | |
| SIMILARLY SITUATED, | § | Civil Action No. 06-CV-0507-JR |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | **JURY TRIAL DEMANDED** |
| **WITHOUT EQUAL BUILDING SERVICES** | § | |
| **& FREDERICK L. WENZL, SR.,** | § | |
| | § | |
| *Defendants.* | § | |

## AFFIDAVIT OF RODERICK GARDNER

| | |
|---|---|
| STATE OF MARYLAND | § |
| | § |
| COUNTY OF Prince George's | § |

Before me, the undersigned notary, on this day personally appeared Roderick Gardner, who, being by me duly sworn on oath deposed and said as follows:

1. "My name is Roderick Gardner. I was employed by Without Equal Building Services and Frederick L. Wenzl, Dr. (collectively, "Defendants") from December 16, 2004 to March 1, 2006. In total, I worked for the Defendants for approximately fourteen and half months. During this time, I worked hours in excess to forty hours per week during many of the weeks of my employment and I was not paid time and half for this work.

2. "I was employed by the Defendants as a carpet cleaning technician. My primary duties including cleaning carpet and upholstery and cleaning up after construction work. During my employment by the Defendants I was on-call and would often have to respond to emergency clean up situations at all hours of the day and night.


EXHIBIT P

3. "My regular rate of pay was $15 per hour during most of my employment by the Defendants. I was paid my regular rate of pay for all hours that I worked, including those hours that I worked in excess to forty hours per week.

4. "As such, I was not paid one and half times my regular rate of pay for the hours I worked in excess to forty hours per week. Furthermore, it was Defendants policy and habit not to pay me for all hours that I worked. For example, if I worked a thirteen hour day, Defendants would only pay me for eleven hours. Thus, I was not always paid for every hour that I worked.

5. "Based upon the timesheets available to me and attached as Exhibit A, the amount of my unpaid wages I earned during my employment with the Defendants is $5,160.38. The total amount of my damages, including liquidated damages but excluding attorneys' fees, costs, and interest, is $10,320.75."

FURTHER AFFIANT SAYETH NOT.

_____
RODERICK GARDNER

SUBSCRIBED AND SWORN TO BEFORE ME on this 14 day of August, 2006.

_____
NOTARY PUBLIC IN AND FOR THE
STATE OF ~~TEXAS~~ Maryland

```
DARREN D'ATENO
NOTARY PUBLIC
PRINCE GEORGE'S COUNTY
MARYLAND
MY COMMISSION EXPIRES MARCH 21, 2009
```

1-0b-06   1-15-06

ROD GARDNER
_____

JAN 5 PM 3:45 ✓
JAN 5 PM 11:31 ✓
JAN 6 PM 10:43 ✓
JAN 6 PM 10:30 ✓
JAN 7 AM 7:11 ✓
JAN 7 PM 4:02 ✓
JAN 9 PM 1:45 ✓
JAN 10 PM 12:14 ✓
JAN 10 PM 3:31 ✓
11.06 JAN 11 PM 10:45 ✓
JAN 12 PM 3:46 ✓
JAN 12 PM 1:02 ✓
JAN 13 PM 3:39 ✓
JAN 13 PM 11:30 ✓
JAN 14 PM 7:00 ✓
JAN 14 PM 2:35

Rod

DEC 16 AM 7:31 ✓
DEC 16 AM 5:30 ✓

DEC 17 AM 7:02 ✓
DEC 17 AM 3:00 ✓

DEC 19 AM 9:23 ✓
DEC 19 AM 11:03 ✓

DEC 20 9:00 ✓
DEC 20 PM 7:24 ✓

Delevord orgers   DEC 21 AM 8:18 ✓
PM 12:30 ✓

DEC 22 PM 4:01 ✓
DEC 22 PM 7:01 ✓

DEC 23 AM 6:48 ✓
DEC 23 PM 3:46 ✓

DEC 26 AM 6:49 ✓
DEC 26 PM 7:36 ✓

DEC 27 AM 6:32 ✓
DEC 27 PM 7:00 ✓

DEC 28 PM 3:16 ✓
DEC 28 PM 11:06 ✓

DEC 29 AM 11:48 ✓
DEC 29 PM 10:48 ✓

DEC 30 PM 3:08 ✓
DEC 30 PM 11:33 ✓

ROD

| | | |
|---|---|---|
| no Lunch | DEC 1 AM 3:17 | ✓ |
| | DEC 1 PM 11:34 | ✓ |
| | DEC 2 PM 1:47 | ✓ |
| | DEC 3 AM 12:01 | ✓ |
| 7AM → | DEC 3 PM 5:24 | ✓ |
| no Lunch | DEC 6 AM 9:34 | ✓ |
| | DEC 6 PM 5:01 | ✓ |
| | DEC 7 AM 7:07 | ✓ |
| | DEC 7 PM 11:39 | ✓ |
| | DEC 8 PM 3:53 | ✓ |
| | DEC 8 PM 9:26 | ✓ |
| | DEC 9 PM 4:00 | ✓ |
| | DEC 10 AM 12:07 | ✓ |
| | DEC 10 AM 7:00 | ✓ |
| no Lunch | DEC 10 PM 3:33 | ✓ |
| | DEC 12 AM 10:07 | ✓ |
| | DEC 12 PM 10:35 | ✓ |
| | DEC 13 PM 3:51 | ✓ |
| | DEC 13 AM 1:00 | ✓ |
| | DEC 15 PM 3:31 | ✓ |
| | DEC 16 AM 3:41 | ✓ |

## ROD

Nov 18 pm 5:30 ✓
Nov 16 am 9:00 ✓
NOV 17 PM 11:46 ✓

NOV 21 PM 3:52 ✓

NOV 21 PM 11:50 ✓

NOV 22 AM 7:54 ✓

NOV 22 PM 10:01 ✓

NOV 23 PM 3:02 ✓
NOV 23 PM 11:30 ✓
NOV 28 PM 3:41 ✓
NOV 28 PM 11:26 ✓
NOV 29 PM 3:41 ✓
NOV 29 PM 10:35 ✓
NOV 30 PM 3:52 ✓
NOV 30 PM 11:30 ✓

ROD

NOV 1 PM 3:45 ✓
NOV 1 PM 11:31 ✓
NOV 2 PM 3:35 ✓
NOV 3 AM 12:00 ✓
NOV 3 PM 4:17 ✓
NOV 3 PM 11:30 ✓
NOV 4 AM 10:51 ✓
NOV 4 PM 11:31 ✓
NOV 5 AM 7:01 ✓
NOV 5 PM 2:45 ✓
NOV 7 PM 4:04 ✓
NOV 7 PM 7:36 ✓
NOV 9 PM 3:45 ✓
NOV 9 PM 11:01 ✓
NOV 10 PM 1:55 ✓

NOV 10 PM 3:34 ✓

NOV 11 AM 6:44 ✓

NOV 11 PM 11:51 ✓

NOV 12 AM 6:44 ✓

NOV 12 PM 5:03 ✓
NOV 14 PM 3:55 ✓


NOV 14 PM 10:39 ✓
NOV 15 PM 1:50 ✓
NOV 15 PM 10:32 ✓

RoD



OCT 17 PM 3:49 ✓
OCT 17 PM 11:33 ✓
OCT 18 AM 1:22 ✓
OCT 18 PM 5:37 ✓
OCT 19 PM 1:24 ✓
OCT 19 PM 11:50
Oct 21: 5:30 ✓
Oct 21: 9:30
Oct 22: 10:30 AM
Oct 22: 3:00 PM
OCT 24 PM 3:57 ✓
OCT 24 PM 10:30 ✓
For get. 6 and of
OCT 25 PM 10:30    OCT 25 PM 3:19 ✓
OCT 26 PM 3:53 ✓
OCT 26 PM 11:33 ✓

PAY PERIOD ENDING

No. Oct 05

NAME ROD

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T _____ BONDS _____

NET PAY

| | TOTAL | | | FIRST WEEK | |
|---|---|---|---|---|---|
| | | OUT | 1st Day IN | 7:01 | ✓ |
| | | IN | OUT | 12:00 | ✓ |
| | | OUT | 7th Day IN | 3:11 | ✓ |
| | | IN | OUT | 11:04 | ✓ |
| | | OUT | 2nd Day IN | 9:55 | ✓ |
| | | IN | OUT | 9:22 | ✓ |
| | | OUT | 6th Day IN | 1:56 | ✓ |
| | | IN | OUT | 11:53 | ✓ |
| | | OUT oct | PM | 2:30 | ✓ |
| | | IN | 3rd Day OUT | 10:51 | ✓ |
| | | OUT 5th Day | IN | 1:59 | ✓ |
| | | IN | OUT | 10:08 | ✓ |
| | | OUT | 4th Day IN | 7:00 | ✓ |
| | | IN | OUT | 9:11 | ✓ |
| | | OUT 4th Day | IN | 3:01 | ✓ |
| | | IN | OUT | 8:30 | ✓ |
| | | OUT | 5th Day IN | 9:55 | ✓ |
| | | IN | OUT | 7:31 | ✓ |
| Fred seed be | | OUT 3rd Day | IN | 2:10 | ✓ |
| would pay the | | IN | OUT | 4:50 | ✓ |
| 03 10 41 | | OUT | 6th Day IN | 8:58 | ✓ |
| No Lunch | | IN 2nd Day | OUT | 4:33 | ✓ |
| | | OUT | IN | | |
| | | IN | OUT | | |
| | | OUT | 7th Day IN | | |
| | | IN 1st Day | OUT | | |
| | | OUT | IN | | |
| | | IN | OUT | | |
| SECOND WEEK | RATE | | TOTAL 1st Wk. | | |
| | | | TOTAL 2nd Wk. | | |
| AMOUNT | | | GRAND TOTAL | | |

PAYMENT RECEIVED IN FULL

SIGNED _____

100362

SEPT.

PAY PERIOD ENDING

No.

NAME **RUD**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| TOTAL | | FIRST WEEK |
|---|---|---|
| | 1st Day OUT | 2:31 ✓ |
| | IN | 1:45 ✓ |
| | 7th Day OUT | 7:17 ✓ |
| | IN | 4:30 ✓ |
| | 2nd Day OUT | 3:14 ✓ |
| | IN | 10:31 ✓ |
| | 6th Day OUT | 2:16 ✓ |
| | IN | 1:41 ✓ |
| RD | 3rd Day OUT | 9:21 Tigr ✓ |
| | IN | 5:10 ✓ |
| | 5th Day OUT | 7:10 ✓ |
| | IN | 3:48 ✓ |
| | 4th Day OUT | 7:59 ✓ |
| | IN | 11:73 ✓ |
| | OUT | 2:05 ✓ |
| | IN | 3:35 ✓ |
| | 5th Day OUT | 3:50 ✓ |
| | IN | 8:30 AM ✓ |
| | 3rd Day OUT | 7:40 ✓ |
| | IN | 7:15 ✓ |
| | 6th Day OUT | 7:18 ✓ |
| 1425 K st | 2nd Day IN | PM 9:00 ✓ |
| flood | SEP 28 OUT | PM 11:30 ✓ |
| | 7th Day OUT | 3:15 ✓ |
| | 1st Day IN | 12:04 ✓ |

| SECOND WEEK | RATE | TOTAL 1st Wk. |
| | | TOTAL 2nd Wk. |
| AMOUNT | | GRAND TOTAL |

PAYMENT RECEIVED IN FULL

SIGNED _____
100362

July, 2005

No.

NAME **Rod**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | FIRST WEEK |
|---|---|---|
| | 1st Day OUT/IN | IN 4:01 ✓ |
| | | OUT 11:04 ✓ |
| | 7th Day OUT/IN | IN 3:33 ✓ |
| | | OUT 11:30 ✓ |
| | 2nd Day OUT/IN | IN 2:01 ✓ |
| | | OUT 12:00 ✓ |
| | 6th Day OUT/IN | IN 7:54 ✓ |
| | | OUT 10:00 ✓ |
| RB → | 3rd Day OUT/IN | IN 12:55 ✓ |
| | | OUT 9:34 ✓ |
| | 5th Day O.T. | AM 8:00 ✓ |
| | IN | 7:32 ✓ |
| | 4th Day OUT | IN 3:50 ✓ |
| | IN | OUT 10:30 ✓ |
| | 4th Day OUT | IN 4:00 ✓ |
| | IN | OUT 10:00 ✓ |
| | 5th Day OUT | IN 3:53 ✓ |
| | 3rd Day IN | OUT 10:01 ✓ |
| | OUT | IN 9:21 ✓ |
| | IN | OUT 5:30 ✓ |
| | 6th Day OUT | IN 3:04 ✓ |
| | 2nd Day IN | OUT 11:00 ✓ |
| | OUT | IN |
| | 7th Day IN | OUT |
| | 1st Day OUT | IN |
| | IN | OUT |
| SECOND WEEK | RATE | TOTAL 1st Wk. |
| | | TOTAL 2nd Wk. |
| AMOUNT | | GRAND TOTAL |

PAYMENT RECEIVED IN FULL
SIGNED _____
100362

PAY PERIOD ENDING

No.

NAME **Rod**

| | | |
|---|---|---|
| REG. HRS. | RATE | TOTAL |
| EXTRA HRS. | RATE | TOTAL |
| F.I.C.A. | ST. UN. COMP | TOTAL |
| FED. W.T. | ST. DIS. BEN | |
| INSURANCE | DUES | |
| CITY/ST W.T. | BONDS | |

NET PAY

| SECOND WEEK | TOTAL | | FIRST WEEK |
|---|---|---|---|
| | | 1st Day IN | 7:00 ✓ |
| | | OUT | 9:12 ✓ |
| | | IN | 10:23 ✓ |
| | | OUT | 11:40 ✓ |
| | | 2nd Day IN | 6:58 ✓ |
| | | OUT | 7:00 ✓ |
| | | IN | 2:16 ✓ |
| | | OUT | 11:37 ✓ |
| | | 3rd Day IN | 1:45 ✓ |
| | | OUT | 12:10 ✓ |
| | | IN | 7:01 ✓ |
| | | OUT | 6:25 ✓ |
| | | 4th Day IN | 3:4 ✓ |
| | | OUT | 12:3 ✓ |
| | | IN | 3:55 ✓ |
| | | OUT | 11:36 ✓ |
| | | 5th Day IN | 2:30 ✓ |
| | | OUT | 11:31 ✓ |
| | | IN | 3:51 ✓ |
| | | OUT | 11:37 ✓ |
| | | 6th Day IN | |
| | | OUT | |
| | | IN | |
| | | OUT | |
| | | 7th Day IN | |
| | | OUT | |
| | | IN | |
| | | OUT | |
| | RATE | TOTAL 1st Wk. | |
| | | TOTAL 2nd Wk. | |
| AMOUNT | | GRAND TOTAL | |

PAYMENT RECEIVED IN FULL

SIGNED

100362

Aug 2005

No.                                                                                PAY PERIOD ENDING

NAME __ROD__
REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

[Time card with handwritten entries, rotated. Entries for First Week include times such as 5:45, 7:50, 6:32, 6:57, 3:00, 4:02, 11:25, 3:02, 10:00, 7:13, 8:36, 8:23, 9:12, 11:42, 3:30, 3:44, 12:43, 3:12, 10:34, 7:00/11:00 AM, 10:13 PM, each with checkmarks. Handwritten note: "AUG 31 4:00 PM"]

TOTAL 1st Wk.
TOTAL 2nd Wk.
AMOUNT   GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

**AUG. 2005**   PAY PERIOD ENDING

No. _____

NAME **ROD**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A _____ ST. UN. COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | | FIRST WEEK |
|---|---|---|---|
| | | IN | 1:59 ✓ |
| | | OUT | 12:01 ✓ |
| | | IN | 10:03 ✓ |
| | | OUT | 10:30 ✓ |
| | | IN | 11:37 ✓ |
| | | OUT | 11:04 ✓ |
| | | IN | 3:03 ✓ |
| | | OUT | 11:28 ✓ |
| | | IN | 4:02 ✓ |
| | | OUT | 11:03 ✓ |
| | | IN | 6:35 ✓ |
| | | OUT | 5:06 ✓ |
| | | IN | 4:03 ✓ |
| | | OUT | 12:06 ✓ |
| | | IN | 3:11 ✓ |
| | | OUT | 11:30 ✓ |
| | | IN | 12:38 ✓ |
| | | OUT | 11:06 |
| | | | 3PM 4:60 |
| | | | 11:00 |

SECOND WEEK   RATE   TOTAL 1st Wk.
                     TOTAL 2nd Wk.
AMOUNT               GRAND TOTAL

PAYMENT RECEIVED IN FULL

SIGNED _____
100362

PAY PERIOD ENDING

No.

NAME _Bod Gardner_

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| TOTAL | | FIRST WEEK |
|---|---|---|
| | 1st Day OUT | 2:50 ✓ |
| | 1st Day IN | 10:33 ✓ |
| | 2nd Day OUT | 7:10 ✓ |
| | IN | 2:00 ✓ |
| | 2nd Day OUT | 4:03 ✓ |
| | IN | 12:02 ✓ |
| | 3rd Day OUT | 3:35 ✓ |
| | IN | 12:26 ✓ |
| | 3rd Day OUT | 3:31 ✓ |
| | IN | 12:03 ✓ |
| | 4th Day OUT | 1:11 ✓ |
| | IN | 12:03 ✓ |
| | 4th Day OUT | 7:10 ✓ |
| | IN | 5:25 ✓ |
| | 4th Day OUT | 3:31 ✓ |
| | IN | 10:11 ✓ |
| no lunch | 5th Day OUT | 3:17 ✓ |
| | IN | 1:00 ✓ |
| | 5th Day OUT | 2:58 ✓ |
| | IN | 11:32 ✓ |
| | 6th Day OUT | 9:25 ✓ |
| | IN | 12:00 ✓ |
| NOTE Day of 15 | 8th Day OUT | 15 AM 4:00 ✓ |
| morning 16 | JUL IN | 12:00 ✓ |
| | 7th Day OUT | |
| | IN | |

SECOND WEEK   RATE   TOTAL 1st Wk.
                     TOTAL 2nd Wk.
AMOUNT               GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362