PAY PERIOD ENDING

No.

NAME **Rod**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST W.T. _____ BONDS _____

NET PAY

| | FIRST WEEK | |
|---|---|---|
| 1st Day | IN | 3:52 |
| | OUT | 2:32 |
| 2nd Day | IN | 3:50 |
| | OUT | 12:34 |
| 3rd Day | IN | 2:50 |
| | OUT | 1:00 |
| 4th Day | IN | 3:35 |
| | OUT | 11:52 |

(remaining days blank)

SECOND WEEK — RATE — TOTAL 1st Wk.
TOTAL 2nd Wk.
AMOUNT — GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

JUNE, 2005   PAY PERIOD ENDING

No.

NAME **ROD**

REG HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST W.T. _____ BONDS _____

NET PAY

| | TOTAL | | FIRST WEEK |
|---|---|---|---|
| | | 1st Day IN | 3:55 ✓ |
| | | OUT | 10:31 ✓ |
| | | 2nd Day IN | 3:44 ✓ |
| | | OUT | 11:30 ✓ |
| | | 2nd Day IN | 12:4_ ✓ |
| | | OUT | 11:31 ✓ |
| | | IN | 3:42 ✓ |
| | | OUT | 11:35 ✓ |
| | | 3rd Day IN | 2:4_ ✓ |
| | | OUT | 9:01 ✓ |

(remaining day slots empty: 4th Day, 5th Day, 6th Day, 7th Day)

SECOND WEEK | RATE | TOTAL 1st Wk.
 | | TOTAL 2nd Wk.
AMOUNT | | GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

No. May, 05

PAY PERIOD ENDING

NAME __ROD__

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| Day | IN/OUT | Time | ✓ |
|---|---|---|---|
| 1st Day | IN | 9:07 | ✓ |
|  | OUT | 7:03 | ✓ |
| 2nd Day | IN | 2:15 | ✓ |
|  | OUT | 10:54 | ✓ |
|  | IN | 8:40 | ✓ |
|  | OUT | 11:00 | ✓ |
| 3rd Day | IN | 9:08 | ✓ |
|  | OUT | 4:03 | ✓ |
|  | IN | 3:00 | ✓ |
|  | OUT | 3:13 | ✓ |
| 4th Day | IN | 3:57 | ✓ |
|  | OUT | 11:00 | ✓ |
|  | IN | 3:10 | ✓ |
|  | OUT | 9:27 | ✓ |
| 5th Day | IN | 10:51 | ✓ |
|  | OUT | 8:47 | ✓ |
|  | IN | 10:36 | ✓ |
|  | OUT | 9:00 | ✓ |
|  | IN | 1:54 | ✓ |
|  | OUT | 10:56 | ✓ |

SECOND WEEK | RATE | TOTAL 1st Wk.
 | | TOTAL 2nd Wk.
AMOUNT | | GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

PAY PERIOD ENDING

No.

NAME _Rod_

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | FIRST WEEK |
|---|---|---|
| No Lunch | OUT 1st Day IN | 3:55 ✓ |
| | IN | OUT 12:02 ✓ |
| | OUT 7th Day IN | 3:17 ✓ |
| | IN | OUT 11:00 ✓ |
| | OUT 2nd Day IN | 10:21 ✓ |
| | IN 4th Day | OUT 11:30 ✓ |
| | OUT | IN 1:30 ✓ |
| | IN | OUT 11:51 |
| | OUT 3rd Day IN | 3:30 ✓ |
| | IN | OUT 9:01 ✓ |
| | OUT 3rd Day IN | 7:04 ✓ |
| | IN | OUT 9:23 ✓ |
| | OUT 4th Day IN | 4:02 ✓ |
| | IN | OUT 10:34 ✓ |
| | OUT 4th Day IN | 7:35 ✓ |
| | IN | OUT 11:00 ✓ |
| | OUT 5th Day IN | 3:02 ✓ |
| | IN | OUT 12:30 ✓ |
| | OUT 3rd Day IN | 7:39 ✓ |
| | IN MAY | OUT 9:00 ✓ |
| | OUT 6th Day IN | 6:59 ✓ |
| | IN | OUT 6:31 ✓ |
| | OUT 2nd Day IN | |
| | IN | OUT |
| | OUT 1st 7th Day IN | |
| | IN | OUT |

SECOND WEEK | RATE | TOTAL 1st Wk.
| | TOTAL 2nd Wk.
AMOUNT | | GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

PAY PERIOD ENDING

No. *April 2005*

NAME *Rod*

| REG. HRS. | RATE | TOTAL |
| EXTRA HRS. | RATE | TOTAL |
| F.I.C.A. | ST. UN. COMP. | TOTAL |
| FED. W.T. | ST. DIS. BEN. | |
| INSURANCE | DUES | |
| CITY/ST. W.T. | BONDS | |

NET PAY

| | TOTAL | | | FIRST WEEK |
|---|---|---|---|---|
| | | OUT | IN | 3:15 ✓ |
| | | IN 1st Day | OUT | 2:05 ✓ |
| | | OUT 7th Day | IN | 3:43 ✓ |
| | | IN | OUT | 11:41 ✓ |
| | | OUT | IN | 3:20 ✓ |
| | | IN 2nd Day | OUT | 11:30 ✓ |
| | | OUT 6th Day | IN | 1:27 ✓ |
| | | IN | OUT | 10:00 ✓ |
| | | OUT | IN | 9:13 ✓ |
| | | IN 3rd Day | OUT | 5:35 ✓ |
| | | OUT 5th Day | IN | 3:25 ✓ |
| | | IN | OUT | 10:45 ✓ |
| | | OUT | IN | 3:14 ✓ |
| | | IN 4th Day | OUT | 11:12 ✓ |
| | | OUT 4th Day | IN | 1:54 ✓ |
| | | IN | OUT | 9:21 ✓ |
| | | OUT | IN | 3:19 ✓ |
| | | IN 5th Day | OUT | 11:31 ✓ |
| | | OUT 3rd Day | IN | 3:51 ✓ |
| | | IN | OUT | 12:00 ✓ |
| | | OUT | IN | 8:52 |
| | | IN 6th Day | OUT | 5:15 |
| | | OUT 2nd Day | IN | |
| | | IN | OUT | |
| | | OUT | IN | |
| | | IN 7th Day | OUT | |
| | | OUT 1st Day | IN | |
| | | IN | OUT | |
| SECOND WEEK | RATE | TOTAL 1st Wk. | | |
| | | TOTAL 2nd Wk. | | |
| AMOUNT | | GRAND TOTAL | | |

PAYMENT RECEIVED IN FULL

SIGNED

100362

APRIL, 2005 PAY PERIOD ENDING

No.

NAME **ROD**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | | | FIRST WEEK |
|---|---|---|---|---|
| | | OUT | APR 1 AM | 9:00 ✓ |
| | | IN | 1st Day | 12:00 ✓ |
| | | OUT | APR 4th Day | 6:47 ✓ |
| | | IN | APR | 3:01 ✓ |
| | | OUT | APR 4 PM | 3:13 ✓ |
| | | IN | 2nd Day | 12:00 ✓ |
| | | OUT | APR 6th Day | 3:49 ✓ |
| | | IN | APR | 10:10 ✓ |
| | | OUT | APR AM | 7:27 ✓ |
| | | IN | 3rd Day | 7:01 ✓ |
| | | OUT | 5th Day AM | 7:28 ✓ |
| | | IN | APR | 10:48 ✓ |
| | | OUT | APR PM | 8:27 ✓ |
| | | IN | 4th Day | 11:30 ✓ |
| | | OUT | 4th Day IN | 7:04 ✓ |
| | | IN | APR OUT | 2:30 ✓ |
| Meet crew | | OUT | APR 11 | 12:30 PM ✓ |
| AT SITE no lunch | | IN | 5th Day | 7:30 PM ✓ |
| | | OUT | 5th Day | 9:00 ✓ |
| | | IN | APR | 6:19 ✓ |
| NOTE: BOTH | | OUT | AM | 8:00 |
| TIME IN & OUT | | IN | 6th Day | 12 30 AM |
| ARE IN SAME | | OUT | | 12 9:30 PM |
| PLACE | | OUT | 2nd Day | AM 6:33 ✓ |
| | | IN | APR | 8:01 ✓ |
| | | OUT | APR 15 AM | 6:32 ✓ |
| | | IN | 1st Day / 7th Day | 7:00 ✓ |
| | | OUT | | |
| | | IN | OUT | |

| SECOND WEEK | RATE | TOTAL 1st Wk. |
| | | TOTAL 2nd Wk. |
| AMOUNT | | GRAND TOTAL |

PAYMENT RECEIVED IN FULL

SIGNED _____
100362

PAY PERIOD ENDING

No.

NAME **Rod**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | FIRST WEEK |
|---|---|---|
| | 1st Day OUT | 9:16 |
| | IN | 2:40 |
| | 7th Day OUT | 3:50 |
| | IN | 10:30 |
| | 2nd Day OUT | 3:47 |
| | IN | 11:30 |
| | 6th Day OUT | 7:02 |
| | IN | 4:01 |
| | 3rd Day OUT | 3:39 |
| | IN | 11:01 |
| | 5th Day OUT | 3:48 |
| | IN | 11:03 |
| | 4th Day OUT | 1:31 |
| | IN | 12:00 |
| | 4th Day OUT | 2:46 |
| | IN | 10:30 |
| | 5th Day OUT | 4:01 |
| | IN | 9:20 |
| | 3rd Day OUT | 3:41 |
| | IN | 11:50 |
| | 2nd Day / 6th Day | |
| | 1st Day / 7th Day | |

SECOND WEEK | RATE | TOTAL 1st Wk.
 | | TOTAL 2nd Wk.
AMOUNT | | GRAND TOTAL

PAYMENT RECEIVED IN FULL

SIGNED _____
100362

MARCH, 2005 PAY PERIOD ENDING

No.

NAME ROD

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | | FIRST WEEK |
|---|---|---|---|
| NO LUNCH time | | 1st Day IN / OUT | 7:00 ✓ 4:05 |
| | | 7th Day IN / OUT | 1:58 ✓ 9:21 ✓ |
| | | 2nd Day IN / OUT | 3:15 ✓ 11:30 ✓ |
| | | 6th Day IN / OUT | 7:05 ✓ 5:01 ✓ |
| | | 3rd Day IN / OUT | 3:33 ✓ 12:00 ✓ |
| | | 5th Day IN / OUT | 3:42 ✓ 11:00 ✓ |
| | | 4th Day IN / OUT | 7:00 ✓ 12:00 ✓ |
| | | 4th Day IN / OUT | 3:25 ✓ 12:00 ✓ |
| | | 5th Day IN / OUT | 3:30 ✓ 11:00 ✓ |
| | | 3rd Day IN / OUT | 7:37 ✓ 11:32 ✓ |
| | | 6th Day IN / OUT | 4:11 ✓ 2:02 ✓ |
| | | 2nd Day IN / OUT | 3:43 ✓ 10:10 ✓ |
| | | 1st Day / 7th Day | |

SECOND WEEK | RATE | TOTAL 1st Wk.
| | TOTAL 2nd Wk.
AMOUNT | GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

PAY PERIOD ENDING: JAN. 2005

No.

NAME: ROD

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP. _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY _____

**FIRST WEEK**

| Day | In | Out |
|---|---|---|
| 1st Day | JAN 3 | 3:18 |
| | | 12:30 |
| | JAN | 8:48 |
| | | 11:41 |
| 2nd Day | JAN | 3:55 |
| | | 11:30 |
| 4th Day | JAN 7 | 3:38 |
| | | 11:16 |
| 3rd Day | JAN | 6:55 |
| | | 4:17 |
| 5th Day | JAN | 3:55 |
| | | 12:05 |
| 4th Day | JAN 11 | 1:31 |
| | | 11:30 |
| 4th Day | JAN 12 | 12:31 |
| | | 11:18 |
| | JAN | 3:51 |
| 5th Day | | 11:02 |
| 3rd Day | JAN | 8:21 |
| | JAN | 5:18 |

SECOND WEEK | RATE | TOTAL 1st Wk.
AMOUNT | | TOTAL 2nd Wk.
| | GRAND TOTAL

PAYMENT RECEIVED IN FULL
SIGNED_____
100362

PAY PERIOD ENDING

No.

NAME _Rod_

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | FIRST WEEK |
|---|---|---|
| | OUT | FEB 2 3:32 ✓ |
| | IN 1st Day Reg HR | 11:31 |
| | OUT | FEB 3 3:16 ✓ |
| | IN | 11:17 ✓ |
| | OUT | FEB 4 2:28 ✓ |
| | IN 2nd Day Reg HR | 10:10 ✓ |
| | OUT | 3:28 ✓ |
| | IN | 12:00 ✓ |
| | OUT 3rd Day | 3:31 ✓ |
| | IN | 10:30 ✓ |
| | OUT 5th Day | 6:22 ✓ |
| | IN | 9:54 ✓ |
| | OUT 4th Day | (7:14) |
| | IN | 3:31 |
| | OUT | 3:2  Cleaned Glass |
| | IN | 1:0  In Front Door for Rob |
| | OUT 5th Day 3rd Day | |
| | IN | |
| | OUT 6th Day 2nd Day | |
| | IN | |
| | OUT 7th Day 1st Day | |
| | IN | |
| SECOND WEEK | RATE | TOTAL 1st Wk. |
| | | TOTAL 2nd Wk. |
| AMOUNT | | GRAND TOTAL |

PAYMENT RECEIVED IN FULL

SIGNED _____
100362

PAY PERIOD ENDING

No.

NAME **Rod Feb, 2005**

REG. HRS. _____ RATE _____ TOTAL _____
EXTRA HRS. _____ RATE _____ TOTAL _____
F.I.C.A. _____ ST. UN. COMP _____ TOTAL _____
FED. W.T. _____ ST. DIS. BEN. _____
INSURANCE _____ DUES _____
CITY/ST. W.T. _____ BONDS _____

NET PAY

| | TOTAL | | | FIRST WEEK |
|---|---|---|---|---|
| | | OUT | 1st Day Feb 1 | 3:32 ✓ |
| | | IN | | 10:30 ✓ |
| | | OUT | | 2:34 ✓ |
| | | IN | Feb 1 | 9:35 ✓ |
| | | OUT | 2nd Day | 3:23 ✓ |
| | | IN | | 10:30 ✓ |
| | | OUT | 4th Day Feb | 8:51 ✓ |
| | | IN | | 5:59 ✓ |
| | | OUT | 3rd Day | 7:00 (4PC) |
| | | IN | 5th Day | 12:14 |
| | | OUT | Feb 2 | 3:41 ✓ |
| | | IN | | 12:04 ✓ |
| | | OUT | Feb 23 | 3:28 ✓ |
| | | IN | 4th Day | 11:00 ✓ |
| | | OUT | | 8:10 ✓ |
| | | IN | Feb | 5:00 ✓ |
| | | OUT | Feb 25 | 3:52 ✓ |
| | | IN | 6th Day | 11:00 ✓ |

3rd Day / 5th Day / 2nd Day / 6th Day / 1st Day / 7th Day

SECOND WEEK | RATE | TOTAL 1st Wk.
AMOUNT | | TOTAL 2nd Wk.
 | | GRAND TOTAL
PAYMENT RECEIVED IN FULL
SIGNED _____
100362

DEC. 2004

No. _____   PAY PERIOD ENDING

NAME **RoD**

| REG. HRS. _____ | RATE _____ | TOTAL _____ |
| EXTRA HRS. _____ | RATE _____ | TOTAL _____ |
| F.I.C.A. _____ | ST. UN. COMP. _____ | TOTAL _____ |
| FED. W.T. _____ | ST. DIS. BEN. _____ | |
| INSURANCE _____ | DUES _____ | |
| CITY/ST. W.T. _____ | BONDS _____ | |

NET PAY _____

(Timecard punches, rotated 90°, FIRST WEEK:)

R/a

- 1st Day — IN 8:19 ✓ ; OUT ✗ 4:22
- 2nd Day — DEC ?? IN 10:32 ✓ ; OUT 6:12 ✓
- 3rd Day — DEC ?? IN 8:16 ✓ ; OUT 1:27 ✓
- 4th Day — DEC ?? IN 10:48 ✓ ; OUT 9:00 ✓
- 5th Day — DEC ?? IN 9:40 ✓ ; OUT 3:31 ✓
- 6th Day — DEC ?? IN 1:08 ✓ ; OUT 8:31 ✓
- (additional) 3:11 ✓ ; 12:02 ✓ ; 3:00 ✓ ; 10:50 ✓ ; 6:55 ✓ ; 7:01 ✓

SECOND WEEK | RATE | TOTAL 1st Wk.
AMOUNT | | TOTAL 2nd Wk.
PAYMENT RECEIVED IN FULL | | GRAND TOTAL
SIGNED _____
100362