FILED

NOV 01 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK GARDNER §<br>§<br>INDIVIDUALLY AND ON BEHALF OF ALL OTHERS §<br>SIMILARLY SITUATED, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>WITHOUT EQUAL BUILDING SERVICES §<br>& FREDERICK L. WENZL, SR., §<br>§<br>Defendants. § | Civil Action No. 06-CV-0507-JR<br><br>JURY TRIAL DEMANDED |

### ORDER ON PLAINTIFF'S MOTION FOR
### DEFAULT JUDGMENT AGAINST DEFENDANTS

An Entry of Default was made against Defendants Without Equal Building Services and Frederick L. Wenzl, Sr., pursuant to Federal Rule of Civil Procedure 55(a) on July 17, 2006 and July 13, 2006 respectively.

Plaintiff has since filed a motion for default judgment. After reviewing the motion and the evidence of file, the Court finds that the requirements of Rule 55 have been satisfied. The Court, therefore, GRANTS Plaintiff's Motion for Default Judgment and renders judgment against Defendants Without Equal Building Services and Frederick L. Wenzl, Sr. in the amount of $15,994.66, plus costs and postjudgment interest.

Signed this 31st day of October, 2006.

_____
UNITED STATES DISTRICT JUDGE