IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK GARDNER, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 06-CV-0507-JR |
| WITHOUT EQUAL BUILDINGS SERVICES, | ) |
| and | ) |
| FREDERICK L. WENZL, SR., | ) |
|     Defendants. | ) |

## NOTICE OF APPEARANCE

**THE CLERK WILL PLEASE** note the appearance of Dawn E. Boyce of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, as counsel for Roderick Gardner in this matter.

RODERICK GARDNER,
By Counsel

TRICHILO, BANCROFT, McGAVIN,
    HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)
(703) 385-1555 (facsimile)

_____
Dawn E. Boyce, Esquire
D.C. Bar No.: 440010
Allyson C. Kitchel, Esquire
D.C. Bar No.: 496687
*Counsel for Roderick Gardner*