IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RODERICK GARDNER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 06-CV-0507-JR |
| WITHOUT EQUAL BUILDINGS ) | |
| SERVICES, ) | |
| ) | |
| and ) | |
| ) | |
| FREDERICK L. WENZL, SR., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF WITHDRAWAL

**THE CLERK WILL PLEASE** note the withdrawal of Dawn E. Boyce of Trichilo, Bancroft, McGavin, Horvath & Judkins, P.C., 3920 University Drive, Fairfax, Virginia 22030, as counsel for Roderick Gardner, with his consent, in this matter pursuant to Local Rule 83.6(b).

RODERICK GARDNER,
By Counsel

TRICHILO, BANCROFT, McGAVIN,
    HORVATH & JUDKINS, P.C.
3920 University Drive
Fairfax, Virginia 22030
(703) 385-1000 (telephone)

_____
Dawn E. Boyce, Esquire
D.C. Bar No.: 440010
*Counsel for Roderick Gardner*