AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

RODERICK GARDNER

        Plaintiff(s)        )
                              )    **APPEARANCE**
                              )
              vs.        )    CASE NUMBER   06-CV-00507
FREDERICK L. WENZEL, SR  )
        Defendant(s)    )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Adam R. Wilk   as counsel in this
                            (Attorney's Name)

case for:   Plaintiff, Roderick Gardner
          (Name of party or parties)

January 31, 2008
Date

                            Signature

418676
BAR IDENTIFICATION

Adam R. Wilk
Print Name

4004 Williamsburg Court
Address

Fairfax    VA    22032
City    State    Zip Code

703-385-6700
Phone Number