**RECEIVED**

AP~ 1 4 2008

CO-901A
Rev. 7/90

☑ No Accounts Found
☐ No Funds Available

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

Roderick Gardner

_Plaintiff(s)_

vs

Frederick L. Wenzel Sr.

_Defendant(s)_

CIVIL ACTION NO. 06-0507JR

**WRIT OF ATTACHMENT ON JUDGMENT**
**OTHER THAN WAGES, SALARY AND COMMISSIONS**

To Suntrust Bank 1275 K St. NW
Washington DC 20005 _____ Garnishee:

You are hereby notified that any money, property or credits other than wages, salary and commissions of the above named defendant(s), are seized by the Writ of Attachment, and you are required to hold it and not to pay or surrender it to the defendant(s) or to anyone else without an order from this court.

The Judgement against the defendant was entered on __11/1/06__ in the amount of $15,994.66 ($15,994.66) and the costs amounting to $ $350.00 with interest at ___5.07~__ % from 11/1/06 less credits of $ 0.00.

Within ten (10) days after this writ is served upon you, you are required to answer the interrogatories, **UNDER PENALTY OF PERJURY**, and to file in this Court the original and one copy of the answers, and to serve a copy, by mail or other means, upon the plaintiff(s) and upon the defendant(s). If you fail to do so, judgment may be entered against you for the entire amount of the plaintiff's claims with interest and costs. Witness the Honorable Chief Judge of said Court, this __2nd__ day of __April__, 2008.

Nancy M. Mayer-Whittington, Clerk

By ___T. Currie___
_Deputy Clerk_

Adam R. Wilk #418676
_Attorney for Plaintiff_
4004 Williamsburg Ct
Fairfax Va 22032
703-385-6700 x/03
_Address & Telephone Number_

**RECEIVED**

MAY 2 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

INTERROGATORIES IN ATTACHMENT

☑ **No Accounts Found**
☐ **No Funds Available**

### NOTICE

As a garnishee, you are required by law to file answers to the following Interrogatories in Attachment1 within ten (10) days after service of the writ upon you [Title 16. Section 521 (a). D.C. Code 1981 ed.]. If you fail to answer the Interrogatories, judgment may be entered against you for the entire amount of the plaintiff's claim and costs [Title 16, Section 526(b). D.C. Code 1981 ed.].

The garnishee is required to file the original and one copy of the answers in this Court, and to serve a copy upon the plaintiff(s) and defendant(s).

If, within ten (10) days after service of the answers, the party at whose request the Attachment was issued does not contest the answers pursuant to Title 15. Section 522. D.C. Code (1981 ed.), the garnishee's obligations under the attachment shall be limited by the answers.

1.    Were you at the time of the service of the writ of attachment, or have you been between the time of such service and the filing of your answers to this interrogatory indebted to the defendant(s), and, if so, how, and in what amount?
    ANSWER    **There are no accounts in the name of the defendant being**

    **held here at SunTrust Bank at this time.**

    _____

    _____

    _____

2.    Had you at the time of the service of the writ of attachment, or have you had between the time of such service and the filing of your answer to this interrogatory, any goods, chattels, or credits of the defendant(s) in you possession or charge, and, if so, what?
    ANSWER    **Same as 1**

    _____

    _____

    _____

    _____

I declare under the penalties of perjury that the answers to the above interrogatories are, to the best of my knowledge and belief, true and correct as to every material matter.

Date: **4/25/2008**

**Mary Hinds   for SunTrust Bank**
Garnishee